## FEBRUARY 28, 2002

No. 01A665.  DELK *v.* COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION.  Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied.

## MARCH 1, 2002

No. 01A649.  BRANCH ET AL. *v.* SMITH ET AL.  Application for stay and injunction, addressed to JUSTICE SOUTER and referred to the Court, denied.